**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
D. AARON BROCK, STATE BAR NO. 241919
aaron@jmllaw.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cbrandes@jmllaw.com
**Attorneys for Plaintiff**
LOIS CRAIG

JOSEPH A. SCHWACHTER, Bar No. 108124
jschwachter@littler.com
ANDREA R. MILANO, Bar No. 278937
amilano@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490
**Attorneys for Defendants**
TOTAL SAFETY U.S., INC.
AND LEROY JOHNSON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS CRAIG, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOTAL SAFETY U.S., INC., a Delaware corporation;<br>LEROY JOHNSON, an individual; and<br>DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 15-CV-04472-DDP-PLA<br>(Assigned for all purposes to the Hon. Dean Pregerson, Ctrm 3)<br><br>**ORDER TO DISMISS** |

---

1
**[PROPOSED] ORDER TO DISMISS**

1       In accordance to the parties' stipulation, the action is hereby dismissed with prejudice, with each to bear its own respective costs and fees.

IT IS SO ORDERED.

DATED: January 13, 2016

                              Hon. Dean D. Pregerson
                              United States District Judge